USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
  GREATER NEW YORK MUTUAL                                      :
  INSURANCE COMPANY,                                           :
                                                               :
                                    Plaintiff,                 :
                                                               :                    1:26-cv-1762-GHW
                   -against-                                   :
                                                               :                         ORDER
  CARRIER CORPORATION,                                         :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on March 3, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 17, 2026.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated:  March 5, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge